# Order

Michigan Supreme Court
Lansing, Michigan

October 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141174

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC:  141174
                                       COA: 296850
                                     Muskegon CC: 09-057368-FH;
                                     09-057533-FH

JAMES EARL McCLENDON III,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the April 19, 2010 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Mungo* (Docket No. 141160) and *People v Short* (Docket No. 141822) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2010

_____
Clerk

p1026